IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 12 |
| | : |
| LARRY L. WISSER | : CASE NO. 18-14949-ref |
| DEBTOR | : |
| | : RELATED DOCKET NO. 44 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S

APPEARANCE AND REQUEST FOR NOTICE

OF ALL PENDING AND FUTURE MATTERS

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Appearance and Request for Notice of all pending and future matters on the parties at the below addresses, on November 14, 2018 by:

**18-14949-ref  Notice will be electronically mailed to:**

A.   JAMES MILLAR
RA-occbankruptcy3@state.pa.us,
RA-occbankruptcy6@state.us.pa

Michael B. Joseph at mjoseph@ch13de.com

Larry W. Miller Jr.at lmiller@millerlawgroup.net, sjameson@millerlawgroup.net

Charles N. Shurr, Jr. at cschurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com, dgabala@kozloffstoudt.com, jkrallis@kozloffstoudt.com

JAMES RANDOLPH WOOD at jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

**18-14949-ref  Notice will not be electronically mailed to:**

EXECUTED ON: November 15, 2018

                          By:    /s/ Albert James Millar

                                                _____
                                                Albert James Millar
                                                Counsel
                                                PA Department of Revenue
                                                Office of Chief Counsel
                                                PO Box 281061
                                                Harrisburg, PA 17128-1061
                                                Attorney I.D. 62053
                                                (717) 346-4649
                                                Facsimile (717) 772-1459
                                                jmillar@pa.gov