**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Larry L. Wisser<br>&<br>Cathleen R. Wisser<br><u>Debtors</u> | CHAPTER 12<br><br>BKY. NO. 18-14949 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of <u>U</u>nited States of America, Acting through USDA, Farm Service Agency and index same on the master mailing list.

Respectfully submitted,

**<u>/s/ Rebecca A. Solarz, Esq</u>**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322