United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Larry L Wisser
Cathleen R Wisser
    Debtors

Case No. 18-14949-ref
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Dec 04, 2018
                        Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db/jdb       +Larry L Wisser,   Cathleen R Wisser,   8149 Bausch Road,   New Tripoli, PA 18066-3614
cr           +Union Community Bank, successor to Union National,   c/o Charles N. Shurr, Jr., Esquire,
            Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
        ALBERT JAMES MILLAR   on behalf of Creditor   Commonwealth Of Pennsylvania Department of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
        ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
        CHARLES N. SHURR, JR.   on behalf of Creditor   Union Community Bank, successor to Union National Community Bank cshurr@kozloffstoudt.com, jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
        JAMES RANDOLPH WOOD   on behalf of Creditor   Weisenberg Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        JAMES RANDOLPH WOOD   on behalf of Creditor   Northwestern Lehigh School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        LARRY W. MILLER, JR.   on behalf of Joint Debtor Cathleen R Wisser lmiller@millerlawgroup.net, sjameson@millerlawgroup.net
        LARRY W. MILLER, JR.   on behalf of Debtor Larry L Wisser lmiller@millerlawgroup.net, sjameson@millerlawgroup.net
        MICHAEL B. JOSEPH   on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
        MICHAEL B. JOSEPH   mjoseph@ch13de.com
        REBECCA ANN SOLARZ   on behalf of Creditor   United States of America, Acting through USDA, Farm Service Agency bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Farmers Home Administration bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
LARRY L. WISSER and,                                :     Chapter 12
CATHLEEN R. WISSER,                                 :
    Debtors                                         :     Bankruptcy No. 18-14949
                                                    :

## ORDER
## GRANTING CONTINUATION OF HEARING FOR
## MOTION FOR RELIEF FROM STAY OF UNION COMMUNITY BANK

AND NOW, upon consideration of Movant's Motion requesting a continuation of the December 6, 2018 hearing for the Creditor's Motion for Relief from Stay, IT IS HEAREBY ORDERED that Movant's Motion is granted, and

IT IS HEREBY FURTHER ORDERED that the December 6, 2018 hearing is adjourned until **Dec 26, 2018 at 9:30AM and any further request for more time must be presented by all parties in Court on 12/20/18.**

By the court:

Dated: 12/4/18

_____
RICHARD E. FEHLING
United States Bankruptcy Judge