United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14949-ref
Larry L Wisser                                                            Chapter 12
Cathleen R Wisser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR              Page 1 of 2                    Date Rcvd: Dec 04, 2018
                               Form ID: pdf900          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
```
db/jdb         +Larry L Wisser,    Cathleen R Wisser,    8149 Bausch Road,    New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Union Community Bank, successor to Union National,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
14230042       +Altus GTS Inc,    2400 Veterans Memorial Blvd Ste 300,    Kenner LA 70062-8725
14230043       +Benco Poly Film LLC,    161 Stone Quarry Road,    Leola, Pa 17540-9302
14230663       +Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 281061,
                 Harrisburg, PA 17128-1061
14230044       +Dana Cope,    2405 Route 100,    Orefield, Pa 18069-3124
14230045        David Winkler & Son,    103 Lyons Road,    Lyons Station, PA  19536
14230049       +Eckroth Equipment Company,    4910 Kernsville Road,    Orefield, PA 18069-2318
14230050        Erb's Electric,    1508 Kutztown Road,    Kutztown, Pa  19530
14230051       +Ethan Kunkel,    14 Hawk Mountain Road,    Kempton, PA 19529-8860
14230052       +F.M. Brown's Sons Inc,    PO Box 67,    Birdsboro, PA 19508-0067
14230053       +Francis L Werley Inc,    16527 Pottsville Pike,    Hamburg, PA 19526-8101
14230054       +Frank Lampley,    199 Spring Road,    Glenmore, PA 19343-1148
14230055       +Gro-Mor Plant Food Company, Inc,    281 Farmland Road,    Leola, Pa 17540-9503
14230056       +Halteman Construction LLC,    1255 Greble Road,    Lebanon, PA 17046-7847
14230061       +Hidden Farms Holsteins,    Preston Newcomer,    425 Prospect Road,    Mount Joy, PA 17552-9284
14230062        L.B. Fencing LLC,    205 Good Road,    East Earl, PA  17519
14175997       +Lehigh County Tax Clam Bureau,    1170 Highway 315, Suite 5,    Plains, PA 18702-6906
14230063       +Leisawitz Heller,    2755 Century Boulevard,    Wyomissing, PA 19610-3346
14175993       +M.J. Davenport, Esquire,    Rain & Hail LLC,    9200 Northport Drive Suite 300,
                 Johnstown, IA 50131-3006
14230066       +Martin Nolt Hoof Trimming,    615 Freeport Road,    Lebanon, PA 17046-7803
14230067       +Mountain Road Chemicals,    621 Mountain Road,    Tamaqua, PA 18252-3411
14175996       +New Tripoli Bank,    6748 Madison Street,    New Tripoli, PA 18066-3944
14234318       +New Tripoli Bank,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,    1620 Pond Road,
                 Allentown, PA 18104-2255
14202212       +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14207046       +Oley Valley Feed,    143 Cleaver Road,    Oley, Pa 19547-8514
14175998       +Oley Valley Feed, Inc.,    Nicole C. Manley, Esquire,    105 E. Philadelphia Avenue,
                 Boyertown, PA 19512-1126
14230068       +Oley Veterinary Associates LLC,    544 Old State Road,    Oley, PA 19547-8862
14175999        Penn Jersey Products,    3501 Division Hwy,    New Holland, PA 17557
14176000       +Portnoff Law,    2700 Horizon Drive,    Suite 100,    King of Prussia, Pa 19406-2726
14176001       +Rain & Hail LLC,    9200 Northport Drive Suite 300,    Johnstown, IA 50131-3006
14189410       +Rain & Hail, LLC,    9200 Northpark Drive,    Suite 300,    Johnston, IA 50131-3006
14176002       +Risser Grain LLC,    1196 Holtwood Road,    Holtwood, PA 17532-9703
14176003       +Robert A. Noll,    430 Basket Road,    Oley, Pa 19547-9243
14205653       +Robert A. Noll,    Dawn Noll,    430 Basket Road,    Oley, PA 19547-9243
14176004        Rosetree Consulting,    20 Glenn Drive,    Shillington, Pa 19607,    Eric Rosenbaum
14176005       +Select Sire Power,    attn: Ryan Visneski,    1 Stony Mountain Rd,    Tunkannock, PA 18657-1495
14230069       +Sunnyside Repairs,    129 School Road,    Fleetwood, PA 19522-9243
14176006       +Timac Agro,    PO Box 888,    Reading, PA 19607-0888
14199330       +Timac Agro USA, Inc.,    c/o Robert W. Pontz, Esquire,    Brubaker Connaughton Goss,
                 & Lucarelli LLC,    480 New Holland Avenue, Suite 6205,    Lancaster, PA 17602-2227
14230071       +Tom Stitzel,    13 Adam Road,    Kutztown, PA 19530-8898
14230072       +US Food Dairy Laboratories LTD,    PO Box 242,    Kutztown, PA 19530-0242
14176008       +USDA Farm Service Agency,    359 East Park Drive Suite 1,    Harrisburg, PA 17111-2747
14176007       +Union Community Bank,    101 East Main Street,    Mount Joy, PA 17552-1556
14173361       +Union Community Bank,successor to,    Union National Community Bank,
                 c/o Kevin T. Hersh, Chief Credit Officer,    101 East Main Street, P.O. Box 567,
                 Mount Joy, PA 17552-0567
14191089       +United States of America,,    Acting through USDA, Farm Service Agency,    Berks FSA Office,
                 1238 County Welfare Rd Suite 240,    Leesport, PA 19533-9710
14230073       +Weavers Farm Supply,    946 Fleetwood Lyons Road,    Fleetwood, PA 19522-9212
14202232       +Weisenberg Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 05 2018 03:17:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14184248        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2018 03:17:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 2
```

```
District/off: 0313-4          User: SaraR             Page 2 of 2           Date Rcvd: Dec 04, 2018
                              Form ID: pdf900         Total Noticed: 55

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14175992      American Dairy
14175994      National Bargaining
14175995      National Dairy Promotion Board
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                           TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ALBERT JAMES MILLAR    on behalf of Creditor    Commonwealth Of Pennsylvania Department of Revenue
               RA-occbankruptcy3@state.pa.us,  RA-occbankruptcy6@state.pa.us
              CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank, successor to Union National
               Community Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District
               jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Weisenberg Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LARRY W. MILLER, JR.    on behalf of Joint Debtor Cathleen R Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              LARRY W. MILLER, JR.    on behalf of Debtor Larry L Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
              MICHAEL B. JOSEPH    mjoseph@ch13de.com
              REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
               Service Agency bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Farmers Home Administration bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| LARRY L. WISSER and, | : Chapter 12 |
| CATHLEEN R. WISSER, | : |
| Debtors | : Bankruptcy No. 18-14949 |
| | : |

ORDER
GRANTING CONTINUATION ON
**DEBTOR'S CHAPTER 12 PLAN CONFIRMATION**

AND NOW, upon consideration of Movant's Motion requesting a continuation of the December 6, 2018 hearing for the Debtor's Chapter 12 Plan Confirmation, IT IS HEAREBY ORDERED that Movant's Motion is granted, and

IT IS HEREBY FURTHER ORDERED that the December 6, 2018 is adjourned until _Dec. 20, 2018 - at 9:30 AM and any further request for more time must be presented by all parties in Court on 12/20/18_

Dated: 12/4/18

By the court:

_[signature]_
RICHARD E. FEHLING
United States Bankruptcy Judge