| Customer History | Current Date: 11-15-2018 09:51:02 |
|---|---|

### Loan Information

| | | | |
|---|---|---|---|
| Loan Number: | 44-15-OL | Case #: | |
| Customer Name: | WISSER, CATHLEEN R | Credit Reform Ind: | Financing |
| Loan Amount: | 121,641.61 | Obligation Date: | 06/22/2010 |
| Fund Code: | 4430 | Settlement Code: | - |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | | |
| Loan Indicator: | | | |

### Selected Filter Criteria

Selected Date Criteria: Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 13,777.00 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 7,602.60 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -7,602.60 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 1.2500 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| 4J  Focal Interest Adjustment - Note | | 1.2500 | 07/17/2015 | 07/17/2015 | | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 7,602.60 | | |
| 1M  New Rates and Terms - Operating Loan | | 1.2500 | 04/18/2012 | 04/23/2012 | 121,641.61 | | |
| Transferred From Case Number | | From Loan Number 10 To Case Number | | | | To Loan Number 15 | |

## Customer History

**Current Date:** 11-15-2018 09:49:10

### Loan Information

| | |
|---|---|
| Loan Number: | 44-10-OL |
| Customer Name: | WISSER, CATHLEEN R |
| Loan Amount: | 11,348.38 |
| Fund Code: | 4430 |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR |
| Loan Indicator: | |
| Case #: | |
| Credit Reform Ind: | Financing |
| Obligation Date: | 06/22/2010 |
| Settlement Code: | T05 - Assumption Agreement/Restructured Loan |

### Selected Filter Criteria

Selected Date Criteria: Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 2.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 04/18/2012 | 04/23/2012 | -121,164.43 | | |
| Transferred To Case Number [redacted] To Loan Number 15 From Case Number [redacted] From Loan Number 10 | | | | | | | |
| 2A  Payment Note | R Regular Payment | 2.8750 | 02/27/2012 | 02/28/2012 | 458.50 | 38.31 | 420.19 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 02/23/2012 | 02/24/2012 | 458.50 | 230.28 | 228.22 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 01/30/2012 | 02/01/2012 | 458.50 | 125.07 | 333.43 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 01/17/2012 | 01/19/2012 | 458.50 | 192.84 | 265.66 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 12/28/2011 | 12/29/2011 | 458.50 | 87.05 | 371.45 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 12/19/2011 | 12/23/2011 | 458.50 | 203.52 | 254.98 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 11/28/2011 | 11/30/2011 | 458.50 | 97.19 | 361.31 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 11/18/2011 | 11/23/2011 | 458.50 | 243.42 | 215.08 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 10/24/2011 | 10/26/2011 | 458.50 | 48.85 | 409.65 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 10/19/2011 | 10/20/2011 | 458.50 | 225.11 | 233.39 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 09/26/2011 | 09/27/2011 | 458.50 | 68.73 | 389.77 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 09/19/2011 | 09/22/2011 | 458.50 | 206.59 | 251.91 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 08/29/2011 | 08/31/2011 | 458.50 | 59.22 | 399.28 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 08/23/2011 | 08/24/2011 | 458.50 | 286.61 | 171.89 |
| 4M  Maturing of Account | | | 07/02/2011 | 07/29/2011 | 11,001.00 | | |
| 2A  Payment Note | R Regular Payment | 2.8750 | 07/25/2011 | 07/26/2011 | 458.50 | 59.49 | 399.01 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 07/19/2011 | 07/21/2011 | 458.50 | 218.54 | 239.96 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 06/27/2011 | 06/29/2011 | 458.50 | 69.74 | 388.76 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 06/20/2011 | 06/23/2011 | 458.50 | 199.69 | 258.81 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 05/31/2011 | 06/02/2011 | 458.50 | 120.13 | 338.37 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 05/19/2011 | 05/23/2011 | 458.50 | 230.66 | 227.84 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 04/26/2011 | 04/28/2011 | 458.50 | 60.36 | 398.14 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 04/20/2011 | 04/21/2011 | 458.50 | 231.80 | 226.70 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 03/28/2011 | 03/29/2011 | 458.50 | 50.55 | 407.95 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 03/23/2011 | 03/25/2011 | 458.50 | 232.95 | 225.55 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 02/28/2011 | 03/01/2011 | 458.50 | 50.80 | 407.70 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 02/23/2011 | 02/25/2011 | 458.50 | 295.02 | 163.48 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 01/25/2011 | 01/27/2011 | 458.50 | 61.22 | 397.28 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 01/19/2011 | 01/24/2011 | 458.50 | 235.11 | 223.39 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 458.00 | 61.51 | 396.49 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 0.50 | 0.00 | 0.50 |
| 2A  Payment Note | R Regular Payment | 2.8750 | 12/21/2010 | 12/27/2010 | 458.50 | 225.97 | 232.53 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2A Payment Note | R Regular Payment | 2.8750 | 11/29/2010 | 11/30/2010 | 458.50 | 103.00 | 355.50 |
| 2A Payment Note | R Regular Payment | 2.8750 | 11/19/2010 | 11/24/2010 | 458.50 | 247.58 | 210.92 |
| 2A Payment Note | R Regular Payment | 2.8750 | 10/26/2010 | 10/27/2010 | 458.50 | 72.43 | 386.07 |
| 2A Payment Note | R Regular Payment | 2.8750 | 10/19/2010 | 10/21/2010 | 458.50 | 217.67 | 240.83 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/28/2010 | 09/29/2010 | 458.50 | 51.99 | 406.51 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/23/2010 | 09/27/2010 | 458.50 | 281.11 | 177.39 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/27/2010 | 08/30/2010 | 458.50 | 126.01 | 332.49 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/20/2010 | 08/23/2010 | 458.50 | 458.50 | 0.00 |
| 1M New Rates and Terms - Operating Loan | | 2.8750 | 07/02/2010 | 07/15/2010 | 132,512.81 | | |
| Transferred From Case Number ▮▮▮ From Loan Number 04 To Case Number ▮▮▮ To Loan Number 10 | | | | | | | |

**Customer History**                                    Current Date: 11-15-2018 09:37:42

### Loan Information

| | |
|---|---|
| Loan Number: | 44-04-OL |
| Customer Name: | WISSER , CATHLEEN R |
| Loan Amount: | 15,691.39 |
| Fund Code: | 4430 |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR |
| Case #: | |
| Credit Reform Ind: | Financing |
| Obligation Date: | 12/18/2006 |
| Settlement Code: | T05 - Assumption Agreement/Restructured Loan |

Loan Indicator:

### Selected Filter Criteria

Selected Date Criteria: Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 3.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Operating Loan | | 3.8750 | 07/02/2010 | 07/15/2010 | -125,126.89 | | |
| Transferred To Case Number      To Loan Number 10 From Case Number      From Loan Number 04 | | | | | | | |
| 2F Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R Regular Payment | 3.8750 | 04/21/2009 | 02/08/2010 | -1,047.00 | -431.35 | -615.65 |
| 2F Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R Regular Payment | 3.8750 | 03/19/2009 | 02/08/2010 | -1,047.00 | -394.21 | -652.79 |
| 2F Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R Regular Payment | 3.8750 | 02/17/2009 | 02/08/2010 | -1,047.00 | -369.95 | -677.05 |
| 2F Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R Regular Payment | 3.8750 | 01/20/2009 | 02/08/2010 | -1,047.00 | -371.96 | -675.04 |
| 4M Maturing of Account | | | 12/21/2009 | 12/31/2009 | 12,556.00 | | |
| 2A Payment Note | R Regular Payment | 3.8750 | 04/21/2009 | 04/23/2009 | 1,047.00 | 431.35 | 615.65 |
| 2A Payment Note | R Regular Payment | 3.8750 | 03/19/2009 | 03/23/2009 | 1,047.00 | 394.21 | 652.79 |
| 2A Payment Note | R Regular Payment | 3.8750 | 02/17/2009 | 02/19/2009 | 1,047.00 | 369.95 | 677.05 |
| 2A Payment Note | R Regular Payment | 3.8750 | 01/20/2009 | 01/22/2009 | 1,047.00 | 371.96 | 675.04 |
| 4M Maturing of Account | | | 12/21/2008 | 12/31/2008 | 12,556.00 | | |
| 2A Payment Note | R Regular Payment | 3.8750 | 12/23/2008 | 12/29/2008 | 877.00 | 466.46 | 410.54 |
| 2A Payment Note | R Regular Payment | 3.8750 | 11/18/2008 | 11/20/2008 | 1,047.00 | 388.53 | 658.47 |
| 2A Payment Note | R Regular Payment | 3.8750 | 10/20/2008 | 10/22/2008 | 1,047.00 | 417.39 | 629.61 |
| 2A Payment Note | R Regular Payment | 3.8750 | 09/19/2008 | 09/25/2008 | 1,047.00 | 419.46 | 627.54 |
| 2A Payment Note | R Regular Payment | 3.8750 | 08/19/2008 | 08/21/2008 | 1,047.00 | 435.08 | 611.92 |
| 2A Payment Note | R Regular Payment | 3.8750 | 07/18/2008 | 07/22/2008 | 1,047.00 | 382.66 | 664.34 |
| 2A Payment Note | R Regular Payment | 3.8750 | 06/20/2008 | 06/24/2008 | 1,047.00 | 425.70 | 621.30 |
| 2A Payment Note | R Regular Payment | 3.8750 | 05/20/2008 | 05/22/2008 | 1,047.00 | 441.50 | 605.50 |
| 2A Payment Note | R Regular Payment | 3.8750 | 04/18/2008 | 04/22/2008 | 1,047.00 | 443.55 | 603.45 |
| 2B Payment Note - Subsequent Update | R Regular Payment | 3.8750 | 03/17/2008 | 03/31/2008 | 1,047.00 | 362.27 | 684.73 |
| 2A Payment Note | R Regular Payment | 3.8750 | 02/19/2008 | 02/21/2008 | 1,047.00 | 392.08 | 654.92 |
| 2A Payment Note | R Regular Payment | 3.8750 | 01/22/2008 | 01/24/2008 | 1,047.00 | 492.17 | 554.83 |
| 4M Maturing of Account | | | 12/28/2007 | 12/28/2007 | 12,556.00 | | |
| 2A Payment Note | R Regular Payment | 3.8750 | 12/18/2007 | 12/20/2007 | 1,047.00 | 395.67 | 651.33 |
| 2A Payment Note | R Regular Payment | 3.8750 | 11/20/2007 | 11/23/2007 | 1,047.00 | 454.21 | 592.79 |
| 2A Payment Note | R Regular Payment | 3.8750 | 10/19/2007 | 10/23/2007 | 1,047.00 | 442.00 | 605.00 |
| 2A Payment Note | R Regular Payment | 3.8750 | 09/18/2007 | 09/20/2007 | 1,047.00 | 415.43 | 631.57 |
| 2A Payment Note | R Regular Payment | 3.8750 | 08/20/2007 | 08/23/2007 | 1,047.00 | 374.32 | 672.68 |
| 2A Payment Note | R Regular Payment | 3.8750 | 07/25/2007 | 07/30/2007 | 1,047.00 | 433.85 | 613.15 |
| 2A Payment Note | R Regular Payment | 3.8750 | 06/25/2007 | 06/27/2007 | 1,047.00 | 508.16 | 538.84 |
| 2A Payment Note | R Regular Payment | 3.8750 | 05/21/2007 | 05/24/2007 | 1,047.00 | 393.88 | 653.12 |
| 2A Payment Note | R Regular Payment | 3.8750 | 04/24/2007 | 04/26/2007 | 1,047.00 | 512.58 | 534.42 |
| 2A Payment Note | R Regular Payment | 3.8750 | 03/20/2007 | 03/22/2007 | 1,047.00 | 367.92 | 679.08 |
| | R Regular | | | | | | |

| 2A Payment Note | Payment | 3.8750 | 02/23/2007 | 02/27/2007 | 1,047.00 | 443.44 | 603.56 |
|---|---|---|---|---|---|---|---|
| 2A Payment Note | R Regular Payment | 3.8750 | 01/24/2007 | 01/26/2007 | 1,047.00 | 430.55 | 616.45 |
| 2A Payment Note | R Regular Payment | 3.8750 | 12/26/2006 | 12/28/2006 | 1,047.00 | 74.75 | 972.25 |
| 1M New Rates and Terms - Operating Loan | | 3.8750 | 12/21/2006 | 12/21/2006 | 140,818.28 | | |
| Transferred From Case Number ▮▮▮ | From Loan Number 01 To Case Number ▮▮▮ | | | | To Loan Number 04 | | |

| Customer History | | | | | Current Date: 11-15-2018 09:34:27 | | |
|---|---|---|---|---|---|---|---|
| **Loan Information** | | | | | | | |

| Loan Number: | 44-01-OL | | | | |
|---|---|---|---|---|---|
| Customer Name: | WISSER, CATHLEEN R | | Case #: | | |
| Loan Amount: | 10,193.25 | | Credit Reform Ind: | Financing | |
| Fund Code: | 4420 | | Obligation Date: | 10/25/2004 | |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | | Settlement Code: | T05 - Assumption Agreement/Restructured Loan | |
| Loan Indicator: | | | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 3.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Operating Loan | | 3.8750 | 12/21/2006 | 12/21/2006 | -139,806.75 | | |
| Transferred To Case Number ███ To Loan Number 04 From Case Number ███ From Loan Number 01 | | | | | | | |
| 4M Maturing of Account | | | 11/30/2006 | 11/30/2006 | 13,374.00 | | |
| 2A Payment Note | R Regular Payment | 3.8750 | 11/21/2006 | 11/24/2006 | 1,928.00 | 1,928.00 | 0.00 |
| 2A Payment Note | R Regular Payment | 3.8750 | 10/23/2006 | 10/25/2006 | 965.00 | 965.00 | 0.00 |
| 2A Payment Note | R Regular Payment | 3.8750 | 09/22/2006 | 09/26/2006 | 192.00 | 192.00 | 0.00 |
| 2A Payment Note | R Regular Payment | 3.8750 | 03/20/2006 | 03/24/2006 | 1,115.00 | 387.91 | 727.09 |
| 2A Payment Note | R Regular Payment | 3.8750 | 02/22/2006 | 02/24/2006 | 1,115.00 | 464.65 | 650.35 |
| 2A Payment Note | R Regular Payment | 3.8750 | 01/22/2006 | 01/26/2006 | 1,115.00 | 496.80 | 618.20 |
| 2A Payment Note | R Regular Payment | 3.8750 | 12/20/2005 | 12/22/2005 | 1,115.00 | 408.49 | 706.51 |
| 4M Maturing of Account | | | 11/30/2005 | 11/30/2005 | 13,374.00 | | |
| 4J Focal Interest Adjustment - Note | | 3.8750 | 11/29/2005 | 11/29/2005 | | | |
| 2A Payment Note | R Regular Payment | 3.8750 | 11/23/2005 | 11/28/2005 | 1,115.00 | 516.56 | 598.44 |
| 2A Payment Note | R Regular Payment | 3.8750 | 10/20/2005 | 10/25/2005 | 1,115.00 | 457.88 | 657.12 |
| 2A Payment Note | R Regular Payment | 3.8750 | 09/20/2005 | 09/22/2005 | 1,115.00 | 429.40 | 685.60 |
| 2A Payment Note | R Regular Payment | 3.8750 | 08/23/2005 | 08/25/2005 | 1,115.00 | 446.78 | 668.22 |
| 2B Payment Note - Subsequent Update | R Regular Payment | 3.8750 | 07/25/2005 | 08/16/2005 | 1,115.00 | 525.95 | 589.05 |
| 2A Payment Note | R Regular Payment | 3.8750 | 06/21/2005 | 06/23/2005 | 1,115.00 | 450.64 | 664.36 |
| 2A Payment Note | R Regular Payment | 3.8750 | 05/23/2005 | 05/25/2005 | 1,115.00 | 483.81 | 631.19 |
| 2A Payment Note | R Regular Payment | 3.8750 | 04/22/2005 | 04/26/2005 | 1,115.00 | 501.49 | 613.51 |
| 2A Payment Note | R Regular Payment | 3.8750 | 03/21/2005 | 03/23/2005 | 1,115.00 | 425.11 | 689.89 |
| 2A Payment Note | R Regular Payment | 3.8750 | 02/22/2005 | 02/25/2005 | 1,115.00 | 458.61 | 656.39 |
| 2A Payment Note | R Regular Payment | 3.8750 | 01/24/2005 | 01/27/2005 | 1,115.00 | 539.77 | 575.23 |
| 2A Payment Note | R Regular Payment | 3.8750 | 12/21/2004 | 12/27/2004 | 1,115.00 | 652.90 | 462.10 |
| F1 Loan Closing | | 3.8750 | 11/19/2004 | 11/17/2004 | 1.00 | | |
| 1F Loan Closing | | 3.8750 | 11/10/2004 | 11/16/2004 | 99,000.00 | | |
| F1 Loan Closing | | 3.8750 | 11/10/2004 | 11/16/2004 | 50,999.00 | | |