IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-14949 |
| | : | |
| LARRY L. WISSER and | : | |
| CATHLEEN R. WISSER, | : | |
| Debtors | : | Chapter 12 |

### ORDER FOR RELIEF FROM STAY

AND NOW, this **20** day of **December**, 2018, this matter having been brought before the Court upon the Motion of Union Community Bank, successor to Union National Community Bank, for Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, New Tripoli, Pennsylvania ("Real Estate") filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by Section 362(d) of the Bankruptcy Code is vacated as to Union Community Bank with respect to the Real Estate, so that Union Community Bank may exercise its state court remedies with respect to said Real Estate; and it is further

ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtors to the Bank; and it is further

ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

BY THE COURT:

_____
Richard E. Fehling, J.

Copies To:    See Attached Service List.