United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry L Wisser  
Cathleen R Wisser  
     Debtors

Case No. 18-14949-ref  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: SaraR      Page 1 of 1      Date Rcvd: Dec 20, 2018  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db/jdb         +Larry L Wisser,   Cathleen R Wisser,   8149 Bausch Road,   New Tripoli, PA 18066-3614
cr             +Union Community Bank, successor to Union National,   c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    Commonwealth Of Pennsylvania Department of Revenue
               RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank, successor to Union National
               Community Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Weisenberg Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              LARRY W. MILLER, JR.    on behalf of Joint Debtor Cathleen R Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              LARRY W. MILLER, JR.    on behalf of Debtor Larry L Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
              MICHAEL B. JOSEPH    mjoseph@ch13de.com
              REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
               Service Agency bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Farmers Home Administration bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-14949 |
| | : | |
| LARRY L. WISSER and | : | |
| CATHLEEN R. WISSER, | : | |
| Debtors | : | Chapter 12 |

## ORDER FOR RELIEF FROM STAY

AND NOW, this **20** day of **December**, 2018, this matter having been brought before the Court upon the Motion of Union Community Bank, successor to Union National Community Bank, for Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, New Tripoli, Pennsylvania ("Real Estate") filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by Section 362(d) of the Bankruptcy Code is vacated as to Union Community Bank with respect to the Real Estate, so that Union Community Bank may exercise its state court remedies with respect to said Real Estate; and it is further

ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtors to the Bank; and it is further

ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

BY THE COURT:

_____
Richard E. Fehling, J.

Copies To:    See Attached Service List.