**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Larry Wisser & Catherine Wisser, | Chapter 7 |
| | Bky. No. 18-14949-ref |
| Debtor(s) | |

### ORDER TO SHOW CAUSE WHY
### DEBTOR(S) CASE SHOULD NOT BE DISMISSED

The Court having been apprised that the debtor has failed to appear for a scheduled Section 341(a) Meeting although being given two (2) opportunities to so appear, it is hereby

**ORDERED** that the debtor(s) shall appear before this Court in Courtroom #1, The Madison, 400 Washington Street, Reading, Pennsylvania, 19601 on **April 25, 2019, at 11:00 a.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor{s) failure to appear at the previously twice scheduled first meeting of creditors.

IT IS **FURTHER ORDERED** that if the debtor(s) fail to appear at the hearing scheduled above, this case shall be **dismissed** without need for further notice or hearing.

Date: March 22, 2019

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated:

cc: United States Trustee
Chapter 7 Interim Trustee