United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Larry L Wisser
Cathleen R Wisser
       Debtors

Case No. 18-14949-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 22, 2019
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
db/jdb      +Larry L Wisser,   Cathleen R Wisser,   8149 Bausch Road,   New Tripoli, PA 18066-3614
cr         +Union Community Bank, successor to Union National,   c/o Charles N. Shurr, Jr., Esquire,
           Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
        ALBERT JAMES MILLAR    on behalf of Creditor    Commonwealth Of Pennsylvania Department of Revenue
         RA-occbankruptcy3@state.pa.us,   RA-occbankruptcy6@state.pa.us
        ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
         RA-occbankruptcy6@state.pa.us
        CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank, successor to Union National
         Community Bank cshurr@kozloffstoudt.com,
         jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Weisenberg Township jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District
         jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        LARRY W. MILLER, JR.    on behalf of Joint Debtor Cathleen R Wisser lmiller@millerlawgroup.net,
         sjameson@millerlawgroup.net
        LARRY W. MILLER, JR.    on behalf of Debtor Larry L Wisser lmiller@millerlawgroup.net,
         sjameson@millerlawgroup.net
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
         Service Agency bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Farmers Home Administration bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Larry Wisser & Catherine Wisser,　　　　　　　　　Chapter 7

　　　　Debtor(s)　　　　　　　　　　　　Bky. No. 18-14949-ref

### ORDER TO SHOW CAUSE WHY DEBTOR(S) CASE SHOULD NOT BE DISMISSED

The Court having been apprised that the debtor has failed to appear for a scheduled Section 341(a) Meeting although being given two (2) opportunities to so appear, it is hereby

**ORDERED** that the debtor(s) shall appear before this Court in Courtroom #1, The Madison, 400 Washington Street, Reading, Pennsylvania, 19601 on **April 25, 2019, at 11:00 a.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor{s) failure to appear at the previously twice scheduled first meeting of creditors.

IT IS **FURTHER ORDERED** that if the debtor(s) fail to appear at the hearing scheduled above, this case shall be **dismissed** without need for further notice or hearing.

Date: March 22, 2019

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated:
cc: United States Trustee
Chapter 7 Interim Trustee