United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry L Wisser  
Cathleen R Wisser  
    Debtors

Case No. 18-14949-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 2      Date Rcvd: Apr 25, 2019  
                  Form ID: pdf900    Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.

```
db/jdb         +Larry L Wisser,    Cathleen R Wisser,    8149 Bausch Road,    New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Union Community Bank, successor to Union National,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,    2640 Westview Drive,    Wyomissing, PA 19610-1186
14230042       +Altus GTS Inc,    2400 Veterans Memorial Blvd Ste 300,    Kenner LA 70062-8725
14230043       +Benco Poly Film LLC,    161 Stone Quarry Road,    Leola, Pa 17540-9302
14230663       +Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 281061,
                 Harrisburg, PA 17128-1061
14230044       +Dana Cope,    2405 Route 100,    Orefield, Pa 18069-3124
14230045        David Winkler & Son,    103 Lyons Road,    Lyons Station, PA  19536
14230050      ++ERB ELECTRIC,    15085 KUTZTOWN ROAD,    KUTZTOWN PA 19530-9278
               (address filed with court: Erb's Electric,     1508 Kutztown Road,    Kutztown, Pa  19530)
14230049       +Eckroth Equipment Company,    4910 Kernsville Road,    Orefield, PA 18069-2318
14230051       +Ethan Kunkel,    14 Hawk Mountain Road,    Kempton, PA 19529-8860
14230052       +F.M. Brown's Sons Inc,    PO Box 67,    Birdsboro, PA 19508-0067
14230053       +Francis L Werley Inc,    16527 Pottsville Pike,    Hamburg, PA 19526-8101
14230054       +Frank Lampley,    199 Spring Road,    Glenmore, PA 19343-1148
14230055       +Gro-Mor Plant Food Company, Inc,    281 Farmland Road,    Leola, Pa 17540-9503
14230056       +Halteman Construction LLC,    1255 Greble Road,    Lebanon, PA 17046-7847
14230061       +Hidden Farms Holsteins,    Preston Newcomer,    425 Prospect Road,    Mount Joy, PA 17552-9284
14230062       +L.B. Fencing LLC,    205 Good Road,    East Earl, PA 17519
14257903       +LB Fencing LLC,    305 Good Road,    East Earl, PA 17519-9307
14175997       +Lehigh County Tax Clam Bureau,    1170 Highway 315, Suite 5,    Plains, PA 18702-6906
14230063       +Leisawitz Heller,    2755 Century Boulevard,    Wyomissing, PA 19610-3346
14175993       +M.J. Davenport, Esquire,    Rain & Hail LLC,    9200 Northport Drive Suite 300,
                 Johnstown, IA 50131-3006
14230066       +Martin Nolt Hoof Trimming,    615 Freeport Road,    Lebanon, PA 17046-7803
14230067       +Mountain Road Chemicals,    621 Mountain Road,    Tamaqua, PA 18252-3411
14175996       +New Tripoli Bank,    6748 Madison Street,    New Tripoli, PA 18066-3944
14234318       +New Tripoli Bank,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,    1620 Pond Road,
                 Allentown, PA 18104-2255
14202212       +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14207046       +Oley Valley Feed,    143 Cleaver Road,    Oley, Pa 19547-8514
14175998       +Oley Valley Feed, Inc.,    Nicole C. Manley, Esquire,    105 E. Philadelphia Avenue,
                 Boyertown, PA 19512-1126
14230068       +Oley Veterinary Associates LLC,    544 Old State Road,    Oley, PA 19547-8862
14175999        Penn Jersey Products,    3501 Division Hwy,    New Holland, PA 17557
14176000       +Portnoff Law,    2700 Horizon Drive,    Suite 100,    King of Prussia, Pa 19406-2726
14176001       +Rain & Hail LLC,    9200 Northport Drive Suite 300,    Johnstown, IA 50131-3006
14189410       +Rain & Hail, LLC,    9200 Northpark Drive,    Suite 300,    Johnston, IA 50131-3006
14176002       +Risser Grain LLC,    1196 Holtwood Road,    Holtwood, PA 17532-9703
14176003       +Robert A. Noll,    430 Basket Road,    Oley, Pa 19547-9243
14205653       +Robert A. Noll,    Dawn Noll,    430 Basket Road,    Oley, PA 19547-9243
14176004        Rosetree Consulting,    20 Glenn Drive,    Shillington, Pa 19607,    Eric Rosenbaum
14176005       +Select Sire Power,    attn: Ryan Visneski,    1 Stony Mountain Rd,    Tunkannock, PA 18657-1495
14230069       +Sunnyside Repairs,    129 School Road,    Fleetwood, PA 19522-9243
14176006       +Timac Agro,    PO Box 888,    Reading, PA 19607-0888
14199330       +Timac Agro USA, Inc.,    c/o Robert W. Pontz, Esquire,    Brubaker Connaughton Goss,
                 & Lucarelli LLC,    480 New Holland Avenue, Suite 6205,    Lancaster, PA 17602-2227
14230071       +Tom Stitzel,    13 Adam Road,    Kutztown, PA 19530-8898
14230072       +US Food Dairy Laboratories LTD,    PO Box 242,    Kutztown, PA 19530-0242
14176008       +USDA Farm Service Agency,    359 East Park Drive Suite 1,    Harrisburg, PA 17111-2747
14176007       +Union Community Bank,    101 East Main Street,    Mount Joy, PA 17552-1556
14173361       +Union Community Bank, successor to,    Union National Community Bank,
                 c/o Kevin T. Hersh, Chief Credit Officer,    101 East Main Street, P.O. Box 567,
                 Mount Joy, PA 17552-0567
14191089       +United States of America,,    Acting through USDA, Farm Service Agency,    Berks FSA Office,
                 1238 County Welfare Rd Suite 240,    Leesport, PA 19533-9710
14230073       +Weavers Farm Supply,    946 Fleetwood Lyons Road,    Fleetwood, PA 19522-9212
14202232       +Weisenberg Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Apr 25, 2019
                              Form ID: pdf900          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2019 02:37:51      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14184248         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:37:36
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA   17128-0946
                                                                                              TOTAL: 2

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14175992         American Dairy
14175994         National Bargaining
14175995         National Dairy Promotion Board
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ALBERT JAMES MILLAR    on behalf of Creditor    Commonwealth Of Pennsylvania Department of Revenue
               RA-occbankruptcy3@state.pa.us,   RA-occbankruptcy6@state.pa.us
              CHARLES N. SHURR, JR.    on behalf of Creditor    Union Community Bank, successor to Union National
               Community Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Weisenberg Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LARRY W. MILLER, JR.    on behalf of Joint Debtor Cathleen R Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              LARRY W. MILLER, JR.    on behalf of Debtor Larry L Wisser lmiller@millerlawgroup.net,
               sjameson@millerlawgroup.net
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA, Farm
               Service Agency bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Farmers Home Administration bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Larry L Wisser and                :        Chapter 7
        Cathleen R Wisser,
              Debtors                      :
                                           :        Bky. No. 18-14949-ref
                                           :

ORDER OF DISMISSAL

AND NOW, to wit, this 25th day of April 2019, it is

1.* [ ] **ORDERED** that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be and the same hereby is **DISMISSED**.

2.* [X] **ORDERED** that ~~since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. §341(a) and have failed to attend the hearing to explain their absence at the §341(a) hearing~~, this case be and the same hereby is **DISMISSED**.

3.* [ ] **ORDERED** that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be and the same hereby is **DISMISSED**, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016(b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the clerk.

_____
RICHARD E. FEHLING
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.